Richard Eppink
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
Idaho State Bar no. 7503
reppink@acluidaho.org
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750, ext. 1202

*Attorney for the Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| **JAX PEREZ,** | Case no. 1:21-cv-00251 |
| **Plaintiff,** | |
| v. | **NOTICE RE: ECF ERROR** |
| **CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1–6, whose true names are unknown, in their individual capacities,** | |
| **Defendants.** | |

Plaintiff's counsel attempted to file the Complaint, Civil Cover Sheet, and summonses (filed with this notice) today, June 11, 2021, by ECF. After loading the PDFs for filing and paying the filing fee, counsel repeatedly got the following error message:

NOTICE OF ECF ERROR – Page 1



Counsel attempted to proceed past this error message multiple times, and attempted the filing twice from two different browsers (paying the filing fee twice). Counsel was therefore unable to file the Complaint using the "Complaint" event on ECF. Until counsel can resolve the ECF system error, plaintiff files the Complaint, Civil Cover Sheet, and summonses as attachments to this notice.

      DATED this 11th day of June, 2021.

                                      Respectfully submitted,

                                      AMERICAN CIVIL LIBERTIES UNION
                                      OF IDAHO FOUNDATION

                                      <u>/s/ Richard Eppink</u>
                                      Richard Eppink
                                      Attorney for the Plaintiff