5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

JAX PEREZ )
) Case No. 1:21-cv-00251
)
v. )
CITY OF BOISE, and KEVIN BOOE, ) APPLICATION FOR ADMISSION
SARAH KELLEY-CHASE, and SARAH ) PRO HAC VICE
MARTIN, in their individual capacities, and )
JANE/JOHN DOEs 1-6, whose true names are )
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Aadika Jaspal Singh, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Jax Perez.

The applicant hereby attests as follows:

1. Applicant resides in Boise, Idaho, and practices at the following address and phone number ACLU of Idaho Foundation, 910 W Main Street, Suite 248, Boise, Idaho 83702; (907) 331-7481

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: Supreme Court of California
Dates: November 22, 2019

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink, a member in good standing of the bar of this court, of the firm of ACLU of Idaho Foundation, practices at the following office address and phone number: 910 W Main Street, Suite 248; (208) 344-9750

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 25 day of August, 2021.

_____  /s/ Richard Eppink
Applicant                    Designee

Signed under penalty of perjury.