| | |
|---|---|
| Richard Eppink (ISB no. 7503)<br>reppink@acluidaho.org<br>Aadika Singh (ISB no. 11676)<br>asingh@acluidaho.org<br>**AMERICAN CIVIL LIBERTIES**<br>**UNION OF IDAHO FOUNDATION**<br>P.O. Box 1897<br>Boise, Idaho 83701<br>(208) 344-9750, ext. 1202<br>(208) 336-1788 | Erika Birch (ISB no. 7831)<br>erika@idahojobjustice.com<br>Lauren Scholnick (ISB no. 7579)<br>lauren@utahjobjustice.com<br>**STRINDBERG SCHOLNICK**<br>**BIRCH HALLAM HARSTAD**<br>**THORNE**<br>1516 W Hays Street<br>Boise, Idaho 83702 |

*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAX PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1-6, whose true names are unknown, in their individual capacities,<br><br>Defendants. | Case No. 1:21-cv-00251<br><br>**MOTION TO DISMISS SARAH KELLEY-CHASE AND SARAH MARTIN** |

Plaintiff, by and through their counsel of record, pursuant to Rule 41(a)(2), Fed. R. Civ. P., hereby moves the Court for an Order of Dismissal of all claims asserted against Sarah Kelley-Chase and Sarah Martin, only, <u>with prejudice</u>, the parties to bear their respective costs and attorneys fees.

DATED this 23rd day of September, 2022.

By: /s/ Richard Eppink
Richard Eppink
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
*Attorney for Plaintiff*

**MOTION TO DISMISS SARAH KELLEY-CHASE AND SARAH MARTIN** - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Daniel E. Williams
dwilliams@idalaw.com

Erika P. Judd
ejudd@idalaw.com

*Attorneys for Defendants*

DATED this 23rd day of September, 2022

/s/ Richard Eppink
Richard Eppink

**MOTION TO DISMISS SARAH KELLEY-CHASE AND SARAH MARTIN** - 2