Aadika Singh (ISB no. 11676)
asingh@acluidaho.org
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho 83701
(208) 344-9750, ext. 1208

Erika Birch (ISB no. 7831)
erika@idahojobjustice.com
Lauren Scholnick (ISB no. 7579)
lauren@utahjobjustice.com
**STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**
1516 W Hays Street
Boise, Idaho 83702
(208) 336-1788

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| **JAX PEREZ,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1–6, whose true names are unknown, in their individual capacities,**<br><br>　　**Defendants.** | Case no. 1:21-cv-00251<br><br>**NOTICE OF WITHDRAWAL** |

　　Richard Eppink, formerly one of the attorneys for Plaintiff, notifies the Court of his withdrawal as an attorney of record in this case. All other attorneys for Plaintiff remain as attorneys of record in this case.

　　DATED: October 5, 2022

ACLU OF IDAHO FOUNDATION

/s/ Aadika Singh
Aadika Singh

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of October, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Daniel E. Williams
dwilliams@idalaw.com

Erika P. Judd
ejudd@idalaw.com

*Attorneys for Defendants*

DATED this 5th day of October, 2022.

/s/ Richard Eppink