Daniel E. Williams (ISB 3920)
Erika P. Judd (ISB 8241)
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
Telephone:  208-331-1170
Facsimile:  208-331-1529
Email:  *dwilliams@idalaw.com*
           *ejudd@idalaw.com*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAX PEREZ,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1-6, whose true names are unknown, in their individual capacities,<br><br>                Defendants. | Case No. 1:21-cv-00251<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS SARAH KELLEY-CHASE AND SARAH MARTIN** |

Defendants, City of Boise, Kevin Booe, Sarah Kelley-Chase, and Sarah Martin, by and through their counsel of record, pursuant to Rule 41(a)(2), Fed. R. Civ. P., hereby submit this Notice of Non-Opposition to Plaintiff's Motion to Dismiss Sarah Kelley-Chase and Sarah Martin. Defendants stipulate and agree that the Court should enter an Order of Dismissal of all claims asserted against Sarah Kelley-Chase and Sarah Martin, only, <u>with prejudice</u>, the parties to bear their respective costs and attorneys fees.

//

//

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS SARAH KELLEY-CHASE AND SARAH MARTIN  - 1

Dated this 6th day of October, 2022.

                                JONES WILLIAMS FUHRMAN GOURLEY, P.A

                                By:  /s/ Erika P. Judd
                                             Erika P. Judd, Of the Firm

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of October, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Aadika Singh | *asingh@acluidaho.org* |
| Erika Birch | *erika@idahojobjustice.com* |
| Lauren Scholnick | *lauren@utahjobjustice.com* |

/s/ *Erika P. Judd*
Erika P. Judd