Aadika Singh (*ISB No. 11676)*
asingh@acluidaho.org
**AMERICAN CIVIL LIBERTIES
UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho 83701
(208) 344-9750, ext. 1202

Erika Birch (ISB no. 7831)
erika@idahojobjustice.com
Lauren Scholnick (ISB no. 7579)
lauren@utahjobjustice.com
**STRINDBERG SCHOLNICK
BIRCH HALLAM HARSTAD
THORNE**
1516 W Hays Street
Boise, Idaho 83702
(208) 336-1788

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| **JAX PEREZ,**<br><br>　　　　**Plaintiff,**<br><br>**vs.**<br><br>**CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1–6, whose true names are unknown, in their individual capacities.**<br><br>　　　　**Defendant.** | **[PROPOSED] ORDER OF DISMISSAL**<br><br>　**Case No: 1:21-CV-00251**<br><br>　**Judge David C. Nye** |

Having considered Plaintiff's Motion to Dismiss Sarah Kelley-Chase and Sarah Martin, and Defendants' Notice of Non-Opposition, IT IS HEREBY ORDERED that all claims asserted against Sarah Kelley-Chase and Sarah Martin, only, are hereby DISMISSED with prejudice, with each party to bear their own attorneys' fees and costs.

ORDER OF DISMISSAL - 1

DATE:_____

BY THE COURT:

_____
David C. Nye
District Judge

ORDER OF DISMISSAL - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing ORDER OF DISMISSAL was forwarded via CM/ECF to the following:


Aadika Singh
**AMERICAN CIVIL LIBERTIES**
**UNION OF IDAHO FOUNDATION**
asingh@acluidaho.org

Erika Birch
Lauren I. Scholnick
**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**
erika@idahojobjustice.com
lauren@utahjobjustice.com

Dan Williams
Erika Judd
**JONES WILLIAMS FUHRMAN GOURLEY**
dwilliams@idalaw.com
ejudd@idalaw.com


_____
Clerk of the Court