UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAX PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1–6, whose true names are unknown, in their individual capacities.<br><br>　　　　Defendant. | Case No: 1:21-cv-00251-DCN<br><br>**ORDER OF DISMISSAL** |

　　　Having considered Plaintiff's Motion to Dismiss Sarah Kelley-Chase and Sarah Martin (Dkt. 26), and Defendants' Notice of Non-Opposition,

　　　IT IS HEREBY ORDERED that all claims asserted against Sarah Kelley-Chase and Sarah Martin, only, are hereby DISMISSED with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: October 14, 2022

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1