Daniel E. Williams (ISB 3920)  
Erika P. Judd (ISB 8241)  
JONES WILLIAMS FUHRMAN GOURLEY, P.A.  
225 North 9th Street, Suite 820  
Post Office Box 1097  
Boise, Idaho 83701  
Telephone: 208-331-1170  
Facsimile: 208-331-1529  
Email: dwilliams@idalaw.com  
         ejudd@idalaw.com  

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAX PEREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1-6, whose true names are unknown, in their individual capacities,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00251-DCN<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Jax Perez, by and through their counsel of record, American Civil Liberties Union of Idaho Foundation, and Defendants, by and through their counsel of record, Jones Williams Fuhrman Gourley, P.A., hereby stipulate and agree that the claims of Plaintiff against Defendants may be dismissed with prejudice with all parties bearing their own costs and fees.

**STIPULATION FOR DISMISSAL - 1**

DATED this __9th__ day of January, 2023.

                            AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION

                            By:     */s/ Aadika Singh*
                                  Aadika Singh
                                  Counsel for Plaintiff

DATED this 10th day of January, 2023.

                            JONES WILLIAMS FUHRMAN GOURLEY, P.A

                            By:   */s/ Erika P. Judd*
                                  Erika P. Judd, Of the Firm
                                Counsel for Defendants

**STIPULATION FOR DISMISSAL - 2**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of January, 2023, I served the foregoing electronically via email to the following:

| | |
|---|---|
| Richard Eppink | *reppink@acluidaho.org* |
| Aadika Singh | *asingh@acluidaho.org* |
| Erika Birch | *erika@idahojobjustice.com* |
| Lauren Scholnick | *lauren@utahjobjustice.com* |

     /s/ *Erika P. Judd*
     Erika P. Judd

**STIPULATION FOR DISMISSAL - 3**