1UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAX PEREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BOISE, and KEVIN BOOE, SARAH KELLEY-CHASE, and SARAH MARTIN, in their individual capacities, and JANE/JOHN DOEs 1-6, whose true names are unknown, in their individual capacities,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00251-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal (Dkt. 46),

IT IS HEREBY ORDERED:

1) All claims asserted against Defendants by Plaintiff are hereby DISMISSED with prejudice.

2) Each party shall bear their own attorneys' fees and costs.

3) This case is CLOSED.

DATED: January 11, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1